

**IT IS ORDERED as set forth below:**

**Date: April 1, 2019**

_Wendy L. Hagenau_
_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-50561-WLH |
| | § | |
| MILTON RUDOLPH BALLARD and | § | |
| BELINDA LARAY BALLARD, | § | |
|   Debtor | § | CHAPTER 7 |
| | § | |
| U.S. BANK TRUST, N.A., AS | § | |
| TRUSTEE FOR LSF10 MASTER | § | |
| PARTICIPATION TRUST, | § | |
|   Movant | § | CONTESTED MATTER |
| | § | |
| v. | § | |
| | § | |
| MILTON RUDOLPH BALLARD and | § | |
| BELINDA LARAY BALLARD; | § | |
| MARTHA A. MILLER, Trustee | § | |
|   Respondents | § | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY OF ACTION AGAINST
DEBTOR PURSUANT TO 11 U.S.C. § 362(a) AND WAIVER OF THIRTY DAY
REQUIREMENT PURSUANT TO 11 U.S.C. §362(e) FILED BY
<u>U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION
TRUST</u>**

On March 8, 2019, a Motion For Relief From Stay Of Action Against Debtor Pursuant To 11

U.S.C. §362(a) And Waiver Of Thirty Day Requirement Pursuant To 11 U.S.C. §362(e) (the

"Motion") was filed by U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER

PARTICIPATION TRUST, (the "Movant") (Docket No. 17) in the above-referenced case

regarding real property located at 1824 JOHN BROWN LANE, VIRGINIA BEACH,

VIRGINIA 23464.  Hearing before this Court was set for March 28, 2019.  Movant contends that

the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy

Procedure.  No opposition was presented by Debtor, Debtor's counsel or Trustee, accordingly, it

is

ORDERED that the Motion For Relief From Stay Of Action Against Debtor Pursuant To 11

U.S.C. §362(a) And Waiver Of Thirty Day Requirement Pursuant To 11 U.S.C. §362(e) filed by

the U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION

TRUST on March 8, 2019, is hereby **GRANTED** so as to authorize the Movant to take any and

all steps necessary to exercise any and all rights it may have in the property described, to wit:

ALL THAT certain lot, piece or parcel of land, together with the buildings and improvements
thereon, situate, lying and being in the City of Virginia Beach, Virginia, being known, numbered
and designated as Lot 33, as shown on that certain plat entitled "**SUBDIVISION PLAT OF
ALEXANDRIA, SECTION 1C, KEMPSVILLE BOROUGH, VIRGINIA BEACH,
VIRGINIA**" which said plat is duly recorded in the Clerk's Office of The Circuit Court of the
City of Virginia Beach, Virginia in Deed Book 2729, at Page 330 through 334.

MORE COMMONLY KNOWN AS:  1824 JOHN BROWN LANE, VIRGINIA
BEACH, VIRGINIA 23464

**IT IS FURTHER ORDERED** that all foreclosure sales proceeds which exceed Movant's

lawful claim shall be remitted to the Trustee promptly.

**IT IS FURTHER ORDERED** that Relief from the Automatic Stay is granted, allowing

Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose

upon (or to enter into a Deed in Lieu of Foreclosure) and obtain possession of the Property. And

it is further

**ORDERED** this Order is immediately effective and it is not stayed by operation of law,

notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

END OF DOCUMENT

Prepared and submitted by:

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ BRANDI R. LESESNE
        BRANDI R. LESESNE
        GA NO. 141970
        4004 BELT LINE ROAD SUITE 100
        ADDISON, TX 75001
        Telephone: (972) 341-0500
        Facsimile: (972) 661-7725
        E-mail: GA.ND.ECF@BDFGROUP.COM
        ATTORNEY FOR MOVANT

## DISTRIBUTION LIST

**DEBTORS:**
MILTON RUDOLPH BALLARD
3681 GUINEVER TRACE
DOUGLASVILLE, GA 30135

MILTON RUDOLPH BALLARD
1824 JOHN BROWN LANE
VIRGINIA BEACH, VA 23464

BELINDA LARAY BALLARD
3681 GUINEVER TRACE
DOUGLASVILLE, GA 30135

BELINDA LARAY BALLARD
1824 JOHN BROWN LANE
VIRGINIA BEACH, VA 23464

**TRUSTEE:**
MARTHA A. MILLER
P.O. BOX 5630
ATLANTA, GA 31107

**DEBTOR'S ATTORNEY:**
MATTHEW THOMAS BERRY
SUITE 600
2751 BUFORD HIGHWAY
ATLANTA, GA 30324

**MOVANT'S ATTORNEY:**
BRANDI R. LESESNE
BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
4004 BELT LINE ROAD, SUITE 100
ADDISON, TEXAS 75001

**PARTIES IN INTEREST:**
None

**PARTIES REQUESTING NOTICE:**
SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK, VA 23541

MERCEDES-BENZ FINANCIAL SERVICES USA LLC
PO BOX 131265
ROSEVILLE, MN 55113-0011